# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

STEPHEN M. GUZMAN

    Debtor(s)

Chapter 13

Case Number 6:01-bk-11917-ABB

Judge Arthur B. Briskman

### CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN AND REQUEST FOR ORDER GRANTING THE DEBTOR(S)' DISCHARGE

    Comes now, Laurie K. Weatherford, Chapter 13 Trustee in the above styled action and files herewith her Notice of Completed Plan and Request for Order Granting the Debtor(s)' Discharge, and respectfully shows the Court as follows:

    The Chapter 13 Trustee has verified that the debtor(s) in the above referenced Chapter 13 case has completed payments under the confirmed plan and has complied with the requirements of the U.S. Bankruptcy Code and the Order Confirming Chapter 13 Plan.

    The Chapter 13 Trustee respectfully requests that this Court enter an order granting a discharge to the above referenced debtor(s).

    The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report and Account. When said report is submitted, an order discharging the Chapter 13 Trustee will be entered in this case. **Any creditor wishing to object to the discharge of the Trustee for any reason, must file an Objection with the Court within 30 days of the date of this Notice.**

    This is to Certify that I have this day served all creditors and parties in interest as listed on the attached matrix of the Court in the foregoing matter with a copy of this Notice Of Completed Plan and Request For Order Granting Debtor(s)' Discharge by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

    Respectfully submitted this 26th day of May, 2004.


   /S/ LAURIE K. WEATHERFORD
Laurie K. Weatherford, Chapter 13 Trustee
P. O. Box 3450
Winter Park, FL 32790
(407) 648-8841