UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                           Case No. 6:01−bk−11917−ABB
                                                                 Chapter 13

Stephen M. Guzman
P.o. Box 772491
Orlando, FL 32877−−2491

        Debtor(s)         /

## ORDER APPROVING TRUSTEE'S REPORT, DISCHARGING TRUSTEE, CANCELING BOND AND CLOSING ESTATE

It appearing to the Court that Laurie K Weatherford, trustee in the above entitled case has completed all disbursements as required and has rendered a full and complete account thereof, and that said trustee has performed all other duties required of her/him in the administration of this estate. . Accordingly it is:

ORDERED:

1. The report of the trustee is hereby approved and that the estate is closed.

2. The trustee is discharged and relieved of her/his trust.

3. All deficient pleadings that have not been cured are considered moot.

DONE AND ORDERED on January 5, 2005 .

_____
Arthur B. Briskman
United States Bankruptcy Judge